UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSHRA ALAWIE,

    Plaintiff,                                Case No. 2:06-cv-10968
                                                  Hon Anna Diggs Taylor

    vs.

ARAB COMMUNITY CENTER FOR
ECONOMIC AND SOCIAL SERVICES
(ACCESS),

    Defendant.
_____/

| GERALD D. WAHL (P 26511) | GEORGE B. WASHINGTON (P 26201) |
|---|---|
| Driggers, Schultz and Herbst, P.C. | SCHEFF & WASHINGTON, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2600 W. Big Beaver Road--Ste 550 | 645 Griswold--Ste 1817 |
| Troy, MI  48084 | Detroit, MI 48226 |
| 248-458-3593 | 313-963-1921 |

_____

**STIPULATION TO DISMISS THE PLAINTIFF'S CLAIMS
WITH PREJUDICE AND WITHOUT COSTS**

    Pursuant to the Federal Rules of Civil Procedure and to a settlement agreement between the parties, the plaintiff and the defendant stipulate to the dismissal of the above-entitled action and all claims that have been raised in that action with prejudice and without costs.

| s/Gerald D. Wahl | s/George B. Washington |
|---|---|
| GERALD D. WAHL (P 26511) | GEORGE B. WASHINGTON (P 26201) |
| Driggers, Schultz and Herbst, P.C. | SCHEFF & WASHINGTON, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2600 W. Big Beaver Road--Ste 550 | 645 Griswold--Ste 1817 |
| Troy, MI  48084 | Detroit, MI 48226 |
| 248-458-3593 | 313-963-1921 |

Dated: January 15, 2008                               Dated: January 15, 2008